| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Tyler J Woods, Bar No. 232464<br>Richard H Hikida, Bar No. 196149<br>Scott J. Ferrell, Bar No. 202091<br>NEWPORT TRIAL GROUP<br>895 Dove Street, Suite 425<br>Newport Beach, CA 92660<br>Tel: 949/706-6464<br>Fax: 949/706-6469 | FILED<br>2012 OCT 26 PM 3:23<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>SANTA ANA<br>BY |

ATTORNEYS FOR: Plaintiff

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC<br><br>Plaintiff(s),<br>v.<br>BETTER BODY SPORTS, LLC; et al<br><br>Defendant(s) | CASE NUMBER:<br><br>**CV12-09229 GAF (FFMx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff and all others similarly situated
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| THERMOLIFE INTERNATIONAL, LLC | Plaintiff |
| BETTER BODY SPORTS, LLC | Defendant |
| BIO-ENGINEERED SUPPLEMENTS AND NUTRITION, INC. | Defendant |
| ALLMAX NUTRITION INC. | Defendant |
| BRONSON LABORATORIES, INC. | Defendant |
| ENGINEERED SPORTS TECHNOLOGY, LLC | Defendant |
| HI-TECH PHARMACEUTICALS, INC | Defendant |

October 26, 2012
Date

Sign /s/ Tyler J. Woods

Tyler J Woods
Attorney of record for or party appearing in pro per

## Additional sheet to Certification and Notice of Interested Parties
## (Local Rule 7.1-1)

THERMOLLIFE INTERNATIONAL, LLC

v

BETTER BODYSPORTS, LLC, ET AL.

| Party | Connection |
|---|---|
| INFINITE LABS, LLC; | Defendant |
| LECHEEK, LLC; | Defendant |
| MAXIMUM HUMAN PERFORMANCE, LLC; | Defendant |
| MUSCLE WARFARE, INC.; | Defendant |
| NUTREX RESEARCH, INC.; | Defendant |
| PHARMAFREAK HOLDINGS INC.; | Defendant |
| PURUS LABS, INC.; | Defendant |
| REACTION NUTRITION, LLC; | Defendant |
| REDEFINE NUTRITION LLC; | Defendant |
| SNI, LLC; | Defendant |
| TIGER FITNESS INC.; | Defendant |
| LONE STAR DISTRIBUTION; | Defendant |
| ALL STAR HEALTH | Defendant |