1 | Tyler J. Woods (State Bar No. 232464)
     twoods@trialnewport.com
2 | Richard H. Hikida (State Bar No. 196149)
     rhikida@trialnewport.com
3 | Scott J. Ferrell (State Bar No. 202091)
     sferrell@trialnewport.com
4 | **NEWPORT TRIAL GROUP**
   | A Professional Corporation
5 | 895 Dove Street, Suite 425
   | Newport Beach, CA 92660
6 | Tel: (949) 706-6464
   | Fax: (949) 706-6469
7 |
8 | Attorneys for Plaintiff

*[FILED 2012 OCT 26 PM 3:23, CLERK U.S. DISTRICT COURT, CENTRAL DIST. OF CALIF., SANTA ANA]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC, | Case No. **CV12-09229 GAF (FFMx)** |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF THERMOLIFE INTERNATIONAL, LLC PURSUANT TO FED. R. CIV. P. 7.1** |
| vs. | |
| BETTER BODY SPORTS, LLC; BIO-ENGINEERED SUPPLEMENTS AND NUTRITION, INC.; ALLMAX NUTRITION INC.; BRONSON LABORATORIES, INC.; ENGINEERED SPORTS TECHNOLOGY, LLC; HI-TECH PHARMACEUTICALS, INC.; INFINITE LABS, LLC; LECHEEK, LLC; MAXIMUM HUMAN PERFORMANCE, LLC; MUSCLE WARFARE, INC.; NUTREX RESEARCH, INC.; PHARMAFREAK HOLDINGS INC.; PURUS LABS, INC.; REACTION NUTRITION, LLC; REDEFINE NUTRITION LLC; SNI, LLC; TIGER FITNESS INC.; LONE STAR DISTRIBUTION; and ALL STAR HEALTH, | |
| Defendants | |

**PLAINTIFF'S CORPORATE DISCLOSURE**

1  Pursuant to Fed. R. Civ. P. 7.1, Plaintiff THERMOLIFE INTERNATIONAL,
2  LLC ("Thermolife") hereby files this corporate disclosure statement, and discloses the
3  following:
4  Thermolife is a limited liability company organized and existing under the laws
5  of Arizona. Thermolife is not a publicly-owned company. Thermolife does not have a
6  parent company and no publicly-owned company owns 10% or more of Thermolife's
7  stock.

Respectfully submitted,
NEWPORT TRIAL GROUP
A Professional Corporation

Dated: October 26, 2012

By: /s/ Tyler J. Woods
Attorneys for Plaintiff

PLAINTIFF'S CORPORATE DISCLOSURE