Eric Anvari  CSBN: 185292
LAW OFFICE OF ERIC ANVARI
21112 Ventura Boulevard
Woodland Hills  CA  91364-2103
V: 818.346.6350   F: 866.780.8077

Lawyers for Defendant Infinite Labs, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THERMO LIFE INTERNATIONAL, LLC, <br><br> Plaintiff(s) <br><br> vs. <br><br> BETTER BODY SPORTS, LLC, et al., <br><br> Defendants | **CASE  NO.** <br> CV12-09229 GAF (FFMx) <br><br> NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES |

### *NOTICE OF APPEARANCE*

I, Eric Anvari, of Law Office of Eric Anvari, file this Notice of Appearance on behalf of Defendant, INFINITE LABS, LLC.

### *REQUEST FOR SERVICE OF NOTICES*

I respectfully request that all notices and papers filed or served in this case be given to and served upon the undersigned either electronically at ericanvari@yahoo.com or at the following address:

LAW OFFICE OF ERIC ANVARI

21112 Ventura Boulevard, Woodland Hills  CA  91364-2103

1 | V: 818.346.6350    F: 866.780.8077

2

3 | Dated:   20 November 2012          LAW OFFICE OF ERIC ANVARI

4

5 | _____/S/_____
Eric Anvari
Lawyers for Defendant Infinite Labs, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Thermo Life International, LLC v. Infinite Labs, LLC*
Case No. **CV12-09229 GAF (FFMx)**

I declare that I am, and at all times mentioned in this document was, over the age of 18 years and not a party to the above-entitled action. My business address is 21112 Ventura Boulevard, Woodland Hills, CA 91364 and I am employed in the County of Los Angeles, California.

| I served an original or a true and correct copy of the document(s) as follows: | |
| --- | --- |
| Date Served | 20 November 2012 |
| Documents Served | Defendant's Notice of Appearance |
| Person Served | π: Scott J. Ferrell<br>895 Dove Street, Suite 425<br>Newport Beach  CA  92660 |

☐   Personal Delivery:   By personally delivering the document(s) to the person(s) at the above listed address(es).

**X**   U.S. Mail:   By placing the document(s) in a sealed envelope, postage fully prepaid, and depositing in the United States mail at Woodland Hills, California.

☐   Facsimile Transmission:   By personally transmitting the document(s) by electronic facsimile machine between the hours of 8:30 a.m. and 5:00 p.m. The facsimile machine I used complied with the California Rules of Court and no error was reported by the machine. I caused the machine to print a transmission record, a copy of which is attached to this Proof of Service.

☐   Overnight Delivery:   By enclosing the document(s) in envelope(s) provided by an overnight delivery carrier and addressed the person(s) at the address(es) listed above. I placed the envelope(s) for collection and overnight delivery at the carrier's office or carrier's regularly utilized drop box.

☐   Electronic Transmission:   Based upon an agreement of the parties or a court order, by transmitting the documents through internet or intranet electronic mail to the person(s) at the above listed address(es).

-------------------------------------------------------------------------------------------------------------

☐   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**X**   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: 20 November 2012                           /S/
                                                                      Eric Anvari

**PROOF OF SERVICE**