1  VENABLE LLP
   Daniel S. Silverman (SBN 137864)
2  dssilverman@venable.com
   2049 Century Park East, Suite 2100
3  Los Angeles, CA  90067
   Telephone:  (310) 229-9900
4  Facsimile:   (310) 229-9901

5  Attorneys for Defendant BIO-
   ENGINEERED SUPPLEMENTS AND
6  NUTRITION, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC | CASE NO. CV12-09229 GAF (FFMx) |
|---|---|
| Plaintiff, v. BETTER BODY SPORTS, LLC, et al, Defendants. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint served: November 13, 2012 <br> Current response date: December 4, 2012 <br> New response date: January 3, 2013 <br><br> Action filed: October 26, 2012 <br> Trial Date:  None set |

1  WHEREAS, Plaintiff filed its complaint on October 26, 2012;

2  WHEREAS, Defendant Bio-Engineered Supplements and Nutrition, Inc.
3  ("BSN" or "Defendant") was served with the Summons and Complaint on
4  November 13, 2012;

5  WHEREAS, BSN's response to the Complaint is due on December 4, 2012;

6  WHEREAS, BSN's counsel has requested, and Plaintiff's counsel has
7  agreed to, a 30-day extension until January 3, 2013 for BSN to respond to the
8  Complaint;

9  WHEREAS, BSN submits that **good cause** exists for the extension because
10 BSN just recently retained undersigned counsel, and undersigned counsel requires
11 additional time to evaluate and investigate the allegations and claims set forth in
12 the Complaint;

13 WHEREAS, the Court has not established a discovery cutoff date, last date
14 for hearing motions, a pre-trial conference date, or trial date;

15 WHEREAS, BSN submits that no party will be prejudiced by the relief
16 sought and Plaintiff agrees to the requested extension;

17 WHEREAS, trial will not be delayed because the Court has not set any trial
18 date or other deadline in this case;

19 WHEREAS, no party has requested any extension of any deadline in this
20 action.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that BSN's deadline to respond to the Complaint is extended to January 3, 2013. BSN lodges herewith a proposed order for the Court's consideration.

Dated: November 28, 2012            VENABLE LLP

By: /s/ Daniel S. Silverman
Daniel S. Silverman
Attorneys for Defendant
Bio-Engineered Supplements and
Nutrition, Inc.

Dated: November 28, 2012            NEWPORT TRIAL GROUP

By: /s/ Scott Ferrell
Scott Ferrell
Attorneys for Plaintiff
Thermolife International, LLC