| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| TYLER J. WOODS. ESQ., Bar #232464<br>NEWPORT TRIAL GROUP<br>895 DOVE STREET<br>SUITE 425<br>NEWPORT BEACH, CA  92660<br>Telephone No: 949-706-6464 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California

Plaintiff: THERMOLIFE INTERNATIONAL, LLC
Defendant: BETTER BODY SPORTS, LLC

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV1209229 GAF (FFMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS SERVED.

3. a. Party served:          Hi-Tech Pharmaceuticals, Inc.
   b. Person served:         Jared Wheat, Agent for Service of process, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   6015 B Unity Drive
                                         NORCORSS, GA  30992

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Nov. 16, 2012 (2) at: 9:28AM

7. **Person Who Served Papers:**
   a. Donnie Edwards

   First Legal
   301 Civic Center Drive West
   Santa Ana, CA 92701
   Telephone   (714) 541-1110
   Fax         (714) 541-8182
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:   $243.00

   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Nov. 28, 2012

   (Donnie Edwards)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS & COMPLAINT | 9533711;kc.tylwoo.493694 |
|---|---|---|

DOCUMENTS:

1. Summons
2. Complaint
3. Civil Cover
4. Notice of Assignment
5. Notice of Interested Parties
6. Notice to Parties of Court Directed ADR Program
7. Corporate Disclosures
8. Report on the Filing
9. Notice to Counsel