| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>TYLER J. WOODS. ESQ., Bar #232464<br>NEWPORT TRIAL GROUP<br>895 DOVE STREET<br>SUITE 425<br>NEWPORT BEACH, CA 92660<br>*Telephone No:* 949-706-6464 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Central District Of California

*Plaintiff:* THERMOLIFE INTERNATIONAL, LLC

*Defendant:* BETTER BODY SPORTS, LLC

| **PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV12-09229 GAF (FFMx) |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS; SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS SERVED.

3.   a. *Party served:*                                 All Star Health
    b. *Person served:*                             Tatiana Marcet, Authorized to accept service of process SERVED UNDER F.R.C.P. RULE 4.

4. *I served the party:*                             5951 Skylad Road
*(Address where the party was served:)*            HUNTINGTON BEACH, CA 92647

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Nov. 08, 2012 (2) at: 5:00PM

7. *Person Who Served Papers:*                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Alexandra Suarez                  d.   *The Fee for Service was:*     $48.50

                                         e.   I am: (3)  registered California process server

**First Legal**
301 Civic Center Drive West
Santa Ana, CA 92701
Telephone    (714) 541–1110
Fax           (714) 541–8182
www.firstlegalnetwork.com

                                       (i)    Independent Contractor
                                         (ii)   *Registration No.:*    2380
                                         (iii)  *County:*           Orange

8. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***
    *Date: Fri, Nov. 16, 2012*

                                                 (Alexandra Suarez)

Judicial Council Form                     **PROOF OF SERVICE**
Rule 2.150.(a)&(b) Rev January 1, 2007       **SUMMONS & COMPLAINT**                       9533795;kc.tylwoo.491770

DOCUMENTS:

1.   Summons

2.   Complaint

3.   Civil Cover

4.   Notice of Assignment

5.   Notice of Interested Parties

6.   Notice to Parties of Court Directed ADR Program

7.   Corporate Disclosures

8.   Report on the Filing

9.   Notice to Counsel