| *Attorney or Party without Attorney:*<br>TYLER J. WOODS. ESQ., Bar #232464<br>NEWPORT TRIAL GROUP<br>895 DOVE STREET<br>SUITE 425<br>NEWPORT BEACH, CA 92660<br>*Telephone No:* 949-706-6464 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Central District Of California | | | | |
| *Plaintiff:* THERMOLIFE INTERNATIONAL, LLC<br>*Defendant:* BETTER BODY SPORTS, LLC | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV12-09229 GAF (FFMx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS SERVED.

3. a. *Party served:*      BETTER BODY SPORTS, LLC
   b. *Person served:*     "John Doe", (African American, Male, 6'2", 190lbs, 25yrs, black hair, brown eyes) Authorized to Accept service of process, SERVED UNDER F.R.C.P. RULE 4.

4. *Address where the party was served:*     2880 Zanker Road
   Suite 203
   SAN JOSE, CA 95134

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Nov. 09, 2012 (2) at: 3:15PM

7. *Person Who Served Papers:*
   a. VICTOR W. RZEPKA

   First Legal
   1138 Howard Street
   San Francisco, CA 94103
   Telephone (415) 626-3111
   Fax (415) 626-1331
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** *for Service was:*    $92.50
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    1175
      (iii) County:          Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Nov. 16, 2012

   (VICTOR W. RZEPKA)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

9533798;kc.tylwoo.491801

DOCUMENTS:

1. Summons
2. Complaint
3. Civil Cover
4. Notice of Assignment
5. Notice of Interested Parties
6. Notice to Parties of Court Directed ADR Program
7. Corporate Disclosures
8. Report on the Filing
9. Notice to Counsel