| Attorney or Party without Attorney:<br>TYLER J. WOODS. ESQ., Bar #232464<br>NEWPORT TRIAL GROUP<br>895 DOVE STREET<br>SUITE 425<br>NEWPORT BEACH, CA 92660<br>Telephone No: 949-706-6464 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | |
| Plaintiff: THERMOLIFE INTERNATIONAL, LLC | | |
| Defendant: BETTER BODY SPORTS, LLC | | |

| **PROOF OF SERVICE<br>SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-09229 GAF (FFMx) |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS; SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS SERVED.

3. a. *Party served:*  Bio-Engineered Suppliments and Nutrition, Inc.
   b. *Person served:*  Agela Martin, Person Authorized By The Corporation to Receive Service of Process. SERVED UNDER F.R.C.P. RULE 4.

4. *Address where the party was served:*  11380 Prosperity Farms Road
   Suite 221E
   PALM BEACH GARDENS, FL  33410

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 13, 2012 (2) at: 11:50AM

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAMON  ALMONTE

   d. **The Fee** for Service was:    $243.00

   e. I am: Not a Registered California Process Server

**First Legal**
301 Civic Center Drive West
Santa Ana, CA 92701
Telephone    (714) 541–1110
Fax             (714) 541–8182
www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: *Wed, Nov. 21, 2012*

Judicial Council Form                          PROOF OF SERVICE                    (RAMON  ALMONTE)
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS & COMPLAINT                            9333731;kc.tylwoo.492781

DOCUMENTS:

1.    Summons

2.    Complaint

3.    Civil Cover

4.    Notice of Assignment

5.    Notice of Interested Parties

6.    Notice to Parties of Court Directed ADR Program

7.    Corporate Disclosures

8.    Report on the Filing

9.    Notice to Counsel