| Attorney or Party without Attorney: <br> TYLER J. WOODS. ESQ., Bar #232464 <br> NEWPORT TRIAL GROUP <br> 895 DOVE STREET <br> SUITE 425 <br> NEWPORT BEACH, CA 92660 <br> Telephone No: 949-706-6464 <br><br> Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California

Plaintiff: THERMOLIFE INTERNATIONAL, LLC
Defendant: BETTER BODY SPORTS, LLC

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: CV12-09229 GAF (FFMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Corporate Disclosure Statement By Plaintiff Thermolife International, Llc Pursuant To Fed. R. Civ.P.7.1; Civil Cover Sheet; Civility And Professionalism Guidelines; Notice Of Assigment To United States Magistrate Judge For Discovery; Notice To Parties Of Court-Directed Adr Program; Notice To Parties: Court Policy On Settlement And Use Of Alternative Dispute Resolution (Adr); Notice To Counsel; Certificate Of Interested Parties Pursuant To Local Rule 7.1-1; Clerk's Office Services For Attorneys And The General Public; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark.

3. a. Party served: LONE STAR DISTRIBUTION
   b. Person served: Kelly Crawford, Person Authorized By The Corporation to Receive Service of Process.

4. Address where the party was served: 11370 Pagemill Road
   DALLAS, TX 75243

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Nov. 12, 2012 (2) at: 1:45PM

7. Person Who Served Papers:
   a. CARLOS BARRERA

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was: $243.00
   e. I am: Not a Registered California Process Server



301 Civic Center Drive West
Santa Ana, CA 92701
Telephone    (714) 541-1110
Fax          (714) 541-8182
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Nov. 20, 2012

   (CARLOS BARRERA)

   9533699;gg.tylwoo.492474

| Judicial Council Form | PROOF OF SERVICE | |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | SUMMONS & COMPLAINT | |