| Attorney or Party without Attorney: <br> TYLER J. WOODS. ESQ., Bar #232464 <br> NEWPORT TRIAL GROUP <br> 895 DOVE STREET <br> SUITE 425 <br> NEWPORT BEACH, CA 92660 <br> Telephone No: 949-706-6464 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Central District Of California | | |
| Plaintiff: THERMOLIFE INTERNATIONAL, LLC | | |
| Defendant: BETTER BODY SPORTS, LLC | | |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV12-09229 GAF (FFMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Corporate Disclosure Statement By Plaintiff Thermolife International, Llc Pursuant To Fed. R. Civ.P.7.1; Civil Cover Sheet; Civility And Professionalism Guidelines; Notice Of Assigment To United States Magistrate Judge For Discovery; Notice To Parties Of Court-Directed Adr Program; Notice To Parties: Court Policy On Settlement And Use Of Alternative Dispute Resolution (Adr); Notice To Counsel; Certificate Of Interested Parties Pursuant To Local Rule 7.1-1; Clerk's Office Services For Attorneys And The General Public; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark.

3. a. Party served:          INFINITE LABS, LLC
   b. Person served:        Siamack Alavi, Agent for Service of process, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:     Siamack Alavi, Agent
   7208 West Sand Lake Road
   ORLANDO, FL 32819

5. I served the party:
   b. **by substituted service.** On: Wed., Nov. 14, 2012 at: 11:50AM by leaving the copies with or in the presence of:
      Jill Goubeard, Manager/Authorized to accept service of process
   (1) **(Business)** Authorized to Accept. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAMON ALMONTE               d. **The Fee** for Service was:     $243.00

                                    e. I am: Not a Registered California Process Server



301 Civic Center Drive West
Santa Ana, CA 92701
Telephone    (714) 541-1110
Fax          (714) 541-8182
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Nov. 20, 2012

                                                                    (RAMON ALMONTE)

Judicial Council Form                       PROOF OF SERVICE                          9553721;kc.tylwoo.492294
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS & COMPLAINT

| Attorney or Party without Attorney:<br>TYLER J. WOODS. ESQ., Bar #232464<br>NEWPORT TRIAL GROUP<br>895 DOVE STREET<br>SUITE 425<br>NEWPORT BEACH, CA 92660<br>Telephone No: 949-706-6464    FAX No: | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | |
| Plaintiff: THERMOLIFE INTERNATIONAL, LLC | |
| Defendant: BETTER BODY SPORTS, LLC | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-09229 GAF (FFMx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; Corporate Disclosure Statement By Plaintiff Thermolife International, Llc Pursuant To Fed. R. Civ.P.7.1; Civil Cover Sheet; Civility And Professionalism Guidelines; Notice Of Assigment To United States Magistrate Judge For Discovery; Notice To Parties Of Court-Directed Adr Program; Notice To Parties: Court Policy On Settlement And Use Of Alternative Dispute Resolution (Adr); Notice To Counsel; Certificate Of Interested Parties Pursuant To Local Rule 7.1-1; Clerk's Office Services For Attorneys And The General Public; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Mon., Nov. 19, 2012
   b. Place of Mailing:       SANTA ANA, CA 92701
   c. Addressed as follows:   INFINITE LABS, LLC
                              Siamack Alavi, Agent
                              7208 West Sand Lake Road
                              ORLANDO, FL 32819

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Nov. 19, 2012 in the ordinary course of business.

5. *Person Serving:*                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RON KUYER                               d. **The Fee** for Service was:   $243.00
   b. FIRST LEGAL SUPPORT SERVICES            e. I am: (3) registered California process server
      301 CIVIC CENTER DRIVE WEST                     (i)    Independent Contractor
      SANTA ANA, CA 92701                             (ii)   Registration No.:   2529
   c. 714-541-1110                                    (iii)  County:             Orange
                                                      (iv)   Expiration Date:    Sat, Dec. 08, 2012

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Nov. 20, 2012

                                                                               (RON KUYER)

Judicial Council Form                           PROOF OF SERVICE                    9333721;kc.tylwoo.492294
Rule 2.150.(a)&(b) Rev January 1, 2007              By Mail