| Attorney or Party without Attorney: <br> TYLER J. WOODS. ESQ., Bar #232464 <br> NEWPORT TRIAL GROUP <br> 895 DOVE STREET <br> SUITE 425 <br> NEWPORT BEACH, CA 92660 <br> Telephone No: 949-706-6464 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Central District Of California | |
| Plaintiff: THERMOLIFE INTERNATIONAL, LLC | |
| Defendant: BETTER BODY SPORTS, LLC | |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV12-09229 GAF (FFMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS SERVED.

3. a. Party served: Purus Labs, Inc.
   b. Person served: Jennifer Stephens, Agent for Service of process

4. Address where the party was served:
   Jennifer Stephens, Agent
   3333 Lee Parkway
   Suite 600
   DALLAS, TX 75219

5. I served the party:
   b. **by substituted service.** On: Mon., Nov. 12, 2012 at: 1:45PM by leaving the copies with or in the presence of:
      Monica Smith, Executive Assistant/Authorized to accept service of process
   (1) **(Business)** Authorized to Accept. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. CARLOS BARRERA

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was: $468.00

   e. I am: Not a Registered California Process Server

First Legal
301 Civic Center Drive West
Santa Ana, CA 92701
Telephone  (714) 541-1110
Fax        (714) 541-8182
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Nov. 20, 2012

   (CARLOS BARRERA)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

9533702;kc.tylwoo.492238

| Attorney or Party without Attorney:<br>TYLER J. WOODS. ESQ., Bar #232464<br>NEWPORT TRIAL GROUP<br>895 DOVE STREET<br>SUITE 425<br>NEWPORT BEACH, CA 92660<br>Telephone No: 949-706-6464   FAX No: | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | | |
| Plaintiff: THERMOLIFE INTERNATIONAL, LLC | | | | |
| Defendant: BETTER BODY SPORTS, LLC | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-09229 GAF (FFMx) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS; SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS SERVED.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Mon., Nov. 19, 2012
   b. Place of Mailing:       SANTA ANA, CA 92701
   c. Addressed as follows:   Purus Labs, Inc.
                              Jennifer Stephens, Agent
                              3333 Lee Parkway
                              Suite 600
                              DALLAS, TX 75219

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Nov. 19, 2012 in the ordinary course of business.

5. Person Serving:                                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RON KUYER                                          d. *The Fee for Service was:*   $468.00
   b. FIRST LEGAL SUPPORT SERVICES                       e. I am: (3) registered California process server
      301 CIVIC CENTER DRIVE WEST                             (i)   Independent Contractor
      SANTA ANA, CA 92701                                     (ii)  Registration No.:     2529
   c. 714-541-1110                                            (iii) County:               Orange
                                                              (iv)  Expiration Date:      Sat, Dec. 08, 2012

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Nov. 20, 2012

                                                              (RON KUYER)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>By Mail | 9333702;kc.tylwoo.492238 |
|---|---|---|

DOCUMENTS:

1. Summons
2. Complaint
3. Civil Cover
4. Notice of Assignment
5. Notice of Interested Parties
6. Notice to Parties of Court Directed ADR Program
7. Corporate Disclosures
8. Report on the Filing
9. Notice to Counsel