| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| TYLER J. WOODS. ESQ., Bar #232464<br>NEWPORT TRIAL GROUP<br>895 DOVE STREET<br>SUITE 425<br>NEWPORT BEACH, CA 92660<br>Telephone No: 949-706-6464 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California

Plaintiff: THERMOLIFE INTERNATIONAL, LLC
Defendant: BETTER BODY SPORTS, LLC

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-09229 GAF (FFMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS SERVED.

3. a. Party served:  Redefine Nutrition, LLC
   b. Person served: Kung Kim, Agent for Service of process, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:  2905 Jordan Court
   Suite B155
   ALPHARETTA, GA  30004

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 13, 2012 (2) at: 9:40AM

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DWAYNE KEY
                                                                   d. **The Fee** for Service was:     $243.00

   First Legal
   301 Civic Center Drive West                                     e. I am: Not a Registered California Process Server
   Santa Ana, CA 92701
   Telephone    (714) 541-1110
   Fax          (714) 541-8182
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Nov. 21, 2012

                                                                            (DWAYNE KEY)
                                                                            9533716;kc.tylwoo.492839

Judicial Council Form                        PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT

DOCUMENTS:

1. Summons
2. Complaint
3. Civil Cover
4. Notice of Assignment
5. Notice of Interested Parties
6. Notice to Parties of Court Directed ADR Program
7. Corporate Disclosures
8. Report on the Filing
9. Notice to Counsel