| Attorney or Party without Attorney:<br>TYLER J. WOODS. ESQ., Bar #232464<br>NEWPORT TRIAL GROUP<br>895 DOVE STREET<br>SUITE 425<br>NEWPORT BEACH, CA  92660<br>Telephone No: 949-706-6464 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | | | |
| Plaintiff: THERMOLIFE INTERNATIONAL, LLC | | | | | |
| Defendant: BETTER BODY SPORTS, LLC | | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-09229 GAF (FFMx) | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS SERVED.

3. a. Party served:  MUSCLE WAREFARE, INC.
    b. Person served:  LESLIE BALLARD, CAPITAL CORPORATE SERVICES, INC.

4. Address where the party was served:   Office Plaza Drive
                                          Suite A
                                          TALLAHASSEE, FL  32301

5. I served the party:
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Nov. 14, 2012 (2) at: 9:30AM

7. **Person Who Served Papers:**
    a. RAMON  ALMONTE

    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. **The Fee** for Service was:   $243.00

    e.  I am: Not a Registered California Process Server

    First Legal
    301 Civic Center Drive West
    Santa Ana, CA 92701
    Telephone     (714) 541-1110
    Fax           (714) 541-8182
    www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
    Date: Mon, Nov. 26, 2012

                                                     (RAMON ALMONTE)

Judicial Council Form                PROOF OF SERVICE                             9533728;gg.tylwoo.492884
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT

DOCUMENTS:

1. Summons
2. Complaint
3. Civil Cover
4. Notice of Assignment
5. Notice of Interested Parties
6. Notice to Parties of Court Directed ADR Program
7. Corporate Disclosures
8. Report on the Filing
9. Notice to Counsel