Name and address
Shyamie(ie) Dixit (FL Bar No.: 719684)
sdixit@dixitlaw.com
3030 N. Rocky Point Drive West, Suite 260
Tampa, FL 33607
Tel:  813-252-3999
Fax: 813-252-3997

FILED

2012 NOV 28  AM II: 56

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

*Lodged*

*Proposed order*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

THERMOLIFE INTERNATIONAL, LLC

                  Plaintiff(s)

v.

BETTER BODY SPORTS, LLC, et al.

                  Defendant(s).

CASE NUMBER

CV12-09229 GAF (FFMx)

**APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR IN A SPECIFIC CASE**

NOTICE:   Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application.  Please submit the fee with your application, if you are efiling the application attach a copy of your receipt.  Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk.  If no Appointment Affidavit is on file, submission of the application is required.  **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted.  Proof of payment receipt must be attached to this application.**

**A CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I,  SHYAM(IE) DIXIT                   , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: INFINITE LABS, LLC             by whom I have been retained.

My business information is:
DIXIT LAW FIRM, P.A.
                       *Firm Name*

3030 North Rocky Point Drive West, Suite 260
                       *Street Address*

Tampa, FL 33607              sdixit@dixitlaw.com
       *City, State, Zip*                       *E-Mail Address*
813-252-3999                 813-252-3997
   *Telephone Number*                      *Fax Number*

I am a member in good standing and eligible to practice before the following courts.  List all that apply.  Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| ILLINOIS - State and Federal Courts for ND of IL | 11/09/2000 |
| FLORIDA - State and Federal Courts for ND, MD and SD of FL | 04/23/2004 |
| TEXAS - State and Federal Court for SD of TX | 05/04/2007 |

NOV 27 2012

Clerk

---

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 2:12cv07189 SJO (AGRx) | Tawnsura Group v. Maximum et al | 09/27/2012 | Granted |
| 11-CV-01178-RBJ-MJW | Nalette, et al. v. Steamboat | 01/10/2012 | Granted |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate  Eric Anvari, CA Bar No.: 185292  as local counsel, whose business information is as follows:

Law Office of Eric Anvari
_____
                          *Firm Name*

21112 Ventura Boulevard
_____
                          *Street Address*

Woodland Hills, CA 91364                    ericanvari@yahoo.com
_____
     *City, State, Zip*                      *E-Mail Address*

          818-346-6350                       866-780-8077
_____
       *Telephone Number*                      *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   11/20/12

Shyamie Dixit
_____
*Applicant's Name (please print)*

_____
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   26 Nov 2012

ERIC ANVARI
_____
*Designee's Name (please print)*

_____
*Designee's Signature*

185292
_____
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

# The Florida Bar

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
www.FLORIDABAR.org

State of Florida          )

County of Leon          )

In Re:    719684
Shyam N.S. Dixit, Jr.
3030 N. Rocky Point Dr. W., Ste. 260
Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 23, 2004.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this _16th_ day of November, 2012.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssF4:R10

# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida          )

County of Leon            )

In Re:      719684
            Shyam N.S. Dixit, Jr.
            3030 N. Rocky Point Dr. W., Ste. 260
            Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 23, 2004.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this _16th_ day of November, 2012.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssF4:R10

1  ***Thermo Life International, LLC v. Infinite Labs, LLC***
   Case No. **CV12-09229 GAF (FFMx)**
2

3  I declare that I am, and at all times mentioned in this document was, over the age of 18 years and not a
   party to the above-entitled action. My business address is 21112 Ventura Boulevard, Woodland Hills,
4  CA 91364 and I am employed in the County of Los Angeles, California.

5

6  | I served an original or a true and correct copy of the document(s) as follows: | |
   |---|---|
   | Date Served | 26 November 2012 |
7  | Documents Served | Defendant's Application of Non-Resident Attorney to Appear |
8  | Person Served | π:  Scott J. Ferrell<br>895 Dove Street, Suite 425<br>Newport Beach  CA  92660 |
9

10

11  [ ]  Personal Delivery:      By personally delivering the document(s) to the person(s) at the above
    listed address(es).
12

13  [X]  U.S. Mail:            By placing the document(s) in a sealed envelope, postage fully prepaid,
    and depositing in the United States mail at Woodland Hills, California.

14  [ ]  Facsimile Transmission:      By personally transmitting the document(s) by electronic facsimile
    machine between the hours of 8:30 a.m. and 5:00 p.m. The facsimile machine I used complied with the
15  California Rules of Court and no error was reported by the machine. I caused the machine to print a
    transmission record, a copy of which is attached to this Proof of Service.
16

17  [ ]  Overnight Delivery:   By enclosing the document(s) in envelope(s) provided by an overnight
    delivery carrier and addressed the person(s) at the address(es) listed above. I placed the envelope(s) for
18  collection and overnight delivery at the carrier's office or carrier's regularly utilized drop box.

19  [ ]  Electronic Transmission:     Based upon an agreement of the parties or a court order, by
    transmitting the documents through internet or intranet electronic mail to the person(s) at the above listed
20  address(es).
    ----------------------------------------------------------------------------------------------------------------------

21  [ ]  (State)          I declare under penalty of perjury under the laws of the State of California that
    the above is true and correct.
22

23  [X]  (Federal)        I declare that I am employed in the office of a member of the bar of this court at
    whose direction the service was made.
24

25  Dated: 26 November 2012
                                                    Eric Anvari
26

27

28