Name & Address:
Shyam(ie) Dixit (FL Bar No. 719684)
sdixit@dixitlaw.com
3030 N. Rocky Point Drive West, Suite 260
Tampa, FL 33607
Tel: 813-252-3999
Fax: 813-252-3997

LODGED
CLERK, U.S. DISTRICT COURT
NOV 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV12-09229 GAF (FFMx) |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| BETTER BODY SPORTS, LLC, et al., | |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Shyam(ie) Dixit__, of __Dixit Law Firm, 3030 N. Rocky Point Dr. W., Suite 260, Tampa, FL 33607__
    Applicant=s Name                          Firm Name / Address

__813-252-3999__                              __sdixit@dixitlaw.com__
Telephone Number                               E-mail Address

for permission to appear and participate in the above-entitled action on behalf of __ Plaintiff  _X_ Defendant

__ Intervener or other interested person _____

and the designation of __Eric Anvari, CA Bar. No. 185292__
                        Local Counsel Designee /State Bar Number

of __Law Office of Eric Anvari, 21112 Ventura Boulevard, Suite 200, Woodlands Hills, CA 91364__
    Local Counsel Firm / Address

__818-346-6350__                              __ericanvari@yahoo.com__
Telephone Number                               E-mail Address

as local counsel, hereby **ORDERS** the Application be:

____ GRANTED

____ DENIED. Fee shall be returned by the Clerk.

____ DENIED. For failure to pay the required Pro Hac Vice appearance fee.


Dated _____           _____
                                         U. S. District Judge/U.S. Magistrate Judge