1  VENABLE LLP
   DANIEL S. SILVERMAN (SBN 137864)
2  Email:   dsilverman@venable.com
   2049 Century Park East, Suite 2100
3  Los Angeles, CA  90067
   Telephone:   (310) 229-9900
4  Facsimile:    (310) 229-9901

5  Attorneys for PURUS LABS, INC.
   and LONE STAR DISTRIBUTION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BETTER BODY SPORTS, LLC, et al.<br><br>　　　　　Defendant. | CASE NO. CV12-09229 GAF (FFMx)<br><br>Hon. Gary A. Feess<br>Courtroom 740<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Action Filed:   October 26, 2012<br>Trial Date:      None set<br><br>Complaint served:<br>　November 12, 2012<br>Current response date:<br>　December 3, 2012<br>New response date:<br>　January 2, 2013 |
|---|---|

1  WHEREAS, Plaintiff filed its Complaint on October 26, 2012;

2  WHEREAS, Defendants Lone Star Distribution and Purus Labs, Inc. ("Lone Star") and ("Purus") were served with the Summons and Complaint on November 12, 2012;

3  WHEREAS, Lone Star's and Purus' response to the Complaint is due on December 3, 2012;

4  WHEREAS, Lone Star's and Purus' counsel has requested, and Plaintiff's counsel has agreed to, a 30-day extension until January 2, 2013 for Lone Star and Purus to respond to the Complaint;

5  WHEREAS, Lone Star and Purus submit that good cause exists for the extension because Lone Star and Purus just recently retained undersigned counsel, and undersigned counsel requires additional time to evaluate and investigate the allegations and claims set forth in the Complaint;

6  WHEREAS, the Court has not established a discovery cut-off date, last date for hearing motions, a pre-trial conference date, or trial date;

7  WHEREAS, the Court has not established a discovery cut-off date, last date for hearing motions, a pre-trial conference date, or trial date;

8  WHEREAS, Lone Star and Purus submit that no party will be prejudiced by the relief sought and Plaintiff agrees to the requested extension;

9  WHEREAS, trial will not be delayed because the Court has not set any trial date or other deadline in this case; and

10 WHEREAS, no party has requested any extension of any deadline in this action.

/ / /
/ / /
/ / /

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that Lone Star's and Purus' deadline to respond to the Complaint is extended to January 2, 2013.  Lone Star and Purus lodge herewith a proposed Order for the Court's consideration.

Dated:  November 30, 2012          VENABLE LLP

By:  /s/ Daniel S. Silverman
     Daniel S. Silverman
Attorney for Defendants PURUS LABS INC. and LONE STAR DISTRIBUTION

Dated:  November 30, 2012          NEWPORT TRIAL GROUP

By:  /s/ Scott Ferrell
     Scott Ferrell
Attorney for Plaintiff
THERMOLIFE INTERNATIONAL, LLC