# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BETTER BODY SPORTS, LLC, et al.<br><br>　　　　　　　Defendant. | CASE NO. CV12-09229 GAF (FFMx)<br><br>Hon. Gary A. Feess<br>Courtroom 740<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Action Filed:　　October 26, 2012<br>Trial Date:　　　None set<br><br>Complaint served:<br>　　November 12, 2012<br>Current response date:<br>　　December 3, 2012<br>New response date:<br>　　January 2, 2013 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

On November 30, 2012, the parties filed with the Court a Stipulation seeking to extend the deadline by which Defendants Lone Star Distribution ("Lone Star") and Purus Labs, Inc. ("Purus") must respond to the Complaint until January 2, 2013.  In support of the Stipulation, Lone Star and Purus submitted that good cause exists to grant the Stipulation because; (1) Lone Star and Purus just recently retained undersigned counsel, and undersigned counsel requires additional time to evaluate and investigate the allegations and claims set forth in the Complaint; (2) no party will be prejudiced by the relief sought and Plaintiff consents to the requested extension; (3) trial will not be delayed because the Court has not set any trial date or other deadline in this case; and (4) no party has required any extension of any deadline in this action.

Upon consideration of the Stipulation, and for good cause shown, **IT IS HEREBY ORDERED** that Defendants Lone Star and Purus shall respond to the Complaint by no later than January 2, 2013.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                The Honorable Gary A. Feess
                                                United States District Judge

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900