| | |
|---|---|
| *Attorney or Party without Attorney:*<br>TYLER J. WOODS. ESQ., Bar #232464<br>NEWPORT TRIAL GROUP<br>895 DOVE STREET<br>SUITE 425<br>NEWPORT BEACH, CA  92660<br>*Telephone No:* 949-706-6464 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Central District Of California

*Plaintiff:* THERMOLIFE INTERNATIONAL, LLC
*Defendant:* BETTER BODY SPORTS, LLC

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV12-09229 GAF (FFMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS SERVED.

3. a. Party served:    SNI, LLC
   b. Person served:   Aixa Flores, Person Authorized By The Corporation to Receive Service of Process.
                       SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    111 Eighth Avenue
                                           NEW YORK, NY  10011

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Nov. 09, 2012 (2) at: 12:00PM

7. **Person Who Served Papers:**
   a. REGINALD  HUNTER

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:    $243.00

   e. I am: Not a Registered California Process Server



301 Civic Center Drive West
Santa Ana, CA 92701
Telephone     (714) 541-1110
Fax           (714) 541-8182
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Nov. 16, 2012

   (REGINALD HUNTER)

Judicial Council Form                   PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT                    9533733;kc.tylwoo.491833