VENABLE LLP
Daniel S. Silverman (SBN 137864)
dssilverman@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendant
BRONSON LABORATORIES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THERMOLIFE INTERNATIONAL, LLC

Plaintiff,

v.

BETTER BODY SPORTS, LLC, et al,

Defendants.

CASE NO. CV12-09229 GAF (FFMx)

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint served: November 13, 2012
Current response date: December 4, 2012
New response date: January 3, 2013

Action filed: October 26, 2012
Trial Date: None set

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

WHEREAS, Plaintiff filed its complaint on October 26, 2012;

WHEREAS, Defendant Bronson Laboratories, Inc. ("Bronson" or "Defendant") was served with the Summons and Complaint on November 13, 2012;

WHEREAS, Bronson's response to the Complaint is due on December 4, 2012;

WHEREAS, Bronson's counsel has requested, and Plaintiff's counsel has agreed to, a 30-day extension until January 3, 2013 for Bronson to respond to the Complaint;

WHEREAS, Bronson submits that **good cause** exists for the extension because Bronson just recently retained undersigned counsel, and undersigned counsel requires additional time to evaluate and investigate the allegations and claims set forth in the Complaint;

WHEREAS, the Court has not established a discovery cutoff date, last date for hearing motions, a pre-trial conference date, or trial date;

WHEREAS, Bronson submits that no party will be prejudiced by the relief sought and Plaintiff agrees to the requested extension;

WHEREAS, trial will not be delayed because the Court has not set any trial date or other deadline in this case;

WHEREAS, no party has requested any extension of any deadline in this action.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that Bronson's deadline to respond to the Complaint is extended to January 3, 2013. Bronson lodges herewith a proposed order for the Court's consideration.

Dated: November 30, 2012

VENABLE LLP

By: /s/ Daniel S. Silverman
Daniel S. Silverman
Attorneys for Defendant
Bronson Laboratories, Inc.

Dated: November 30, 2012

NEWPORT TRIAL GROUP

By: /s/ Scott Ferrell
Scott Ferrell
Attorneys for Plaintiff
Thermolife International, LLC

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900