VENABLE LLP
Daniel S. Silverman (SBN 137864)
dssilverman@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendant
ALL STAR HEALTH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC<br><br>Plaintiff,<br>v.<br>BETTER BODY SPORTS, LLC, et al,<br>Defendants. | CASE NO. CV12-09229 GAF (FFMx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: November 11, 2012<br>Current response date: December 3, 2012<br>New response date: January 2, 2013<br><br>Action filed: October 26, 2012<br>Trial Date: None set |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 8-

6253999-v1

1  WHEREAS, Plaintiff filed its Complaint on October 26, 2012;

2  WHEREAS, Defendant All Star Health ("All Star") was served with the
3  Summons and Complaint on November 11, 2012;

4  WHEREAS, All Star's response to the Complaint is due on December 3,
5  2012;

6  WHEREAS, All Star's counsel has requested, and Plaintiff's counsel has
7  agreed to, a 30-day extension until January 2, 2013 for All Star to respond to the
8  Complaint;

9  WHEREAS, All Star submits that **good cause** exists for the extension
10 because All Star just recently retained undersigned counsel, and undersigned
11 counsel requires additional time to evaluate and investigate the allegations and
12 claims set forth in the Complaint;

13 WHEREAS, the Court has not established a discovery cut-off date, last date
14 for hearing motions, a pre-trial conference date, or trial date;

15 WHEREAS, the Court has not established a discovery cut-off date, last date
16 for hearing motions, a pre-trial conference date, or trial date;

17 WHEREAS, All Star submits that no party will be prejudiced by the relief
18 sought and Plaintiff agrees to the requested extension; and

19 WHEREAS, trial will not be delayed because the Court has not set any trial
20 date or other deadline in this case.

21 / / /
22 / / /
23 / / /

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 8-3)

6253999-v1

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that All Star's deadline to respond to the Complaint is extended to January 2, 2013. All Star lodges herewith a proposed Order for the Court's consideration.

Dated: November 30, 2012          VENABLE LLP


                                  By: /s/ Daniel S. Silverman
                                  Daniel S. Silverman
                                  Attorneys for Defendant
                                  All Star Health


Dated: November 30, 2012          NEWPORT TRIAL GROUP


                                  By: /s/ Scott Ferrell
                                  Scott Ferrell
                                  Attorneys for Plaintiff
                                  Thermolife International, LLC

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 8-3)

6253999-v1