VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC<br><br>Plaintiff,<br>v.<br><br>BETTER BODY SPORTS, LLC, et al,<br><br>Defendants. | CASE NO. CV12-09229 GAF (FFMx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: November 11, 2012<br>Current response date: December 3, 2012<br>New response date: January 2, 2013<br><br>Action filed: October 26, 2012<br>Trial Date:  None set |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

1  On November 30, 2012, the parties filed with the Court a Stipulation seeking to extend the deadline by which Defendant All Star Health must respond to the Complaint until January 2, 2013.  In support of the Stipulation, All Star Health submitted that good cause exists to grant the Stipulation because; (1) All Star Health just recently retained undersigned counsel, and undersigned counsel requires additional time to evaluate and investigate the allegations and claims set forth in the Complaint; (2) no party will be prejudiced by the relief sought and Plaintiff consents to the requested extension; (3) trial will not be delayed because the Court has not set any trial date or other deadline in this case; and (4) no party has required any extension of any deadline in this action.

Upon consideration of the Stipulation, and for good cause shown, **IT IS HEREBY ORDERED** that Defendant All Star Health shall respond to the Complaint by no later than January 2, 2013.

**IT IS SO** ORDERED**.**

Dated: _____    _____
                                                           The Honorable Gary A. Feess
                                                           United States District Judge

6254018-v1

[PROPOSED] ORDER GRANTING STIPULATION TO
EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 8-3)