Shyamie Dixit, FLBN 719684
Email: sdixit@dixitlaw.com
Dixit Law Firm
3030 North Rocky Point Drive, Suite 260
Tampa, Florida 33607
Tel: (813) 252-3999
Fax: (813) 252-3997
Cell: (813) 992-8118

Eric Anvari, CABN 185292
Email: ericanvari@yahoo.com
Law Office of Eric Anvari
21112 Ventura Boulevard
Woodland Hills CA 91364-2103
Tel: (818) 346-6350
Fax: (866) 780-8077
Attorneys for Defendant Infinite Labs, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>BETTER BODY SPORTS, LLC, *et al.*,<br><br>　　　Defendants. | CASE NO. CV12-09229 GAF (FFMx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: November 14, 2012<br>Current response date: December 5, 2012<br>New response date: January 4, 2013<br><br>Action filed: October 26, 2012<br>Trial Date: None set |

Defendant, INFINITE LABS, LLC (hereinafter referred to as "Defendant") and Plaintiff, THERMOLIFE INTERNATIONAL, LLC (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 8-3, hereby stipulate to a 30-day extension until Friday, January 4, 2013, for Defendant to respond to Plaintiff's Complaint (*Dkt. # 1*). In support of this Stipulation, the Parties hereby state the following:

1. On October 26, 2012, Plaintiff filed a Complaint (*Dkt. # 1*) against several Defendants, including Defendant Infinite Labs, LLC.

2. On or about November 14, 2012, Defendant was served with the Summons and Complaint; as such, Defendant's response to the Complaint is due on December 5, 2012.

3. Defendant's time for answering Plaintiff's Complaint has not expired and it seeks an extension of time to and including January 4, 2013 to file a response to Plaintiff's Complaint.

4. Defendant retained undersigned counsel and, simply put, undersigned counsel needs more time to get up to speed in the case. Defendant needs the time to and including January 4, 2013 because, from what undersigned counsel has gleaned from Plaintiff's Complaint, this lawsuit is a complex patent infringement matter composed of multiple parties and substantive claims.

5. This Stipulation is hereby submitted so that justice may be done, and not for purposes of delay. No significant hardship, prejudice or unfair surprise will be inflicted upon Plaintiff if this request for an extension of time is granted.

6. Notwithstanding, any resulting hardship or prejudice is greatly outweighed by the interests of justice and judicial economy.

7. Undersigned counsel has communicated with Plaintiff's counsel and he has

Page **2** of **4**

*STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)*
**CASE NO. CV12-09229 GAF (FFMx)**

consented to this requested extension of time. Specifically, Defendant's counsel has requested, and Plaintiff's counsel has agreed to, a 30-day extension until January 4, 2013 for Defendant to respond to the Complaint.

WHEREFORE, Defendants request that this Court grant this Stipulation for an extension of time for Defendant to respond to Plaintiff's Complaint and extend the time within which Defendant must respond to and including January 4, 2013.

### CERTIFICATE OF CONFERENCE

On November 28, 2012, counsel for Defendant communicated via email with Plaintiff's counsel, Tyler J. Woods, Esq., regarding the substance of and relief requested in the foregoing Stipulation and he advised that Plaintiff is not opposed to the relief request in this Stipulation.

Dated: November 30, 2012

Respectfully Submitted By:

s/ Shyamie Dixit
Shyamie Dixit
Florida Bar No. 719684
Dixit Law Firm
3030 North Rocky Point Drive West, Suite 260
Tampa, Florida 33607
Cell: (813) 992-8118
Fax: (813) 855-8836
Email: sdixit@dixitlaw.com

And,

s/ Eric Anvari
Eric Anvari, CABN 185292
Email: ericanvari@yahoo.com
Law Office of Eric Anvari
21112 Ventura Boulevard, Suite 200
Woodland Hills CA 91364-2103
Tel: (818) 346-6350
Fax: (866) 780-8077
Attorneys for Defendant Infinite Labs, LLC

AND,

s/ Tyler J. Woods
Richard H. Hikida
Scott J. Ferrell
Tyler J. Woods
Newport Trial Group
895 Dove Street Suite 425
Newport Beach, CA 92660
Tel: 949-706-6464
Fax: 949-706-6469
Email: rhikida@trialnewport.com
Email: sferrell@trialnewport.com
Email: twoods@trialnewport.com

Attorneys for Plaintiff
*Thermolife International, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2012, a true and correct copy of the foregoing has been served electronically upon all registered CM/ECF users in this case.

/s/ Shyamie Dixit
Shyamie Dixit, Attorney

*STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)*
**CASE NO. CV12-09229 GAF (FFMx)**