|   |   |
|---|---|
| 1 | Shyamie Dixit, FLBN 719684 |
|   | Email: sdixit@dixitlaw.com |
| 2 | Dixit Law Firm |
|   | 3030 North Rocky Point Drive, Suite 260 |
| 3 | Tampa, Florida 33607 |
|   | Tel: (813) 252-3999 |
| 4 | Fax: (813) 252-3997 |
| 5 | Cell: (813) 992-8118 |
| 6 | Eric Anvari, CABN 185292 |
|   | Email: ericanvari@yahoo.com |
| 7 | Law Office of Eric Anvari |
|   | 21112 Ventura Boulevard |
| 8 | Woodland Hills CA 91364-2103 |
| 9 | Tel: (818) 346-6350 |
|   | Fax: (866) 780-8077 |
| 10 | Attorneys for Defendant Infinite Labs, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CASE NO. CV12-09229 GAF (FFMx) |
| BETTER BODY SPORTS, LLC, *et al.*, | ) |
| Defendants. | ) |
|  | ) **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
|  | Complaint served: November 14, 2012 |
|  | Current response date: December 5, 2012 |
|  | New response date: January 4, 2013 |
|  | Action filed: October 26, 2012 |
|  | Trial Date: None set |

Page **1** of **2**

**CASE NO. CV12-09229 GAF (FFMx)**

On December 1, 2012, the parties filed with the Court a Stipulation seeking to extend the deadline by which Defendant Infinite Labs, LLC must respond to the Complaint until January 4, 2013.  In support of the Stipulation, Defendant submitted that good cause exists to grant the stipulation because: (1) Defendant retained undersigned counsel and undersigned counsel requires additional time to evaluate and investigate the allegations and claims set forth in the Complaint; (2) no party will be prejudiced by the relief sought and Plaintiff consents to the requested extension; (3) trial will not be delayed because the Court has not set any trial date or other deadline in this case; and (4) no party has requested any extension of any deadline in this action.  Upon consideration of the Stipulation, and for good cause shown,

**IT IS HEREBY ORDERED** that, Defendant Infinite Labs, LLC shall respond to the Complaint by no later than January 4, 2013.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Gary A. Feess
United States District Judge