| Attorney or Party without Attorney:<br>TYLER J. WOODS, ESQ., Bar #232464<br>NEWPORT TRIAL GROUP<br>895 DOVE STREET<br>SUITE 425<br>NEWPORT BEACH, CA 92660<br>Telephone No: 949-706-6464 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | | |
| Plaintiff: THERMOLIFE INTERNATIONAL, LLC | | | | |
| Defendant: BETTER BODY SPORTS, LLC | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-09229 GAF (FFMx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS SERVED.

3. a. Party served:                    Redefine Nutrition, LLC
   b. Person served:                   Kung Kim, Agent for Service of process, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:  2905 Jordan Court
                                        Suite B155
                                        ALPHARETTA, GA 30004

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 13, 2012 (2) at: 9:40AM

7. **Person Who Served Papers:**                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DWAYNE KEY                                           d. *The Fee* for Service was:   $243.00

   First Legal                                             e. I am: Not a Registered California Process Server
   301 Civic Center Drive West
   Santa Ana, CA 92701
   Telephone   (714) 541-1110
   Fax         (714) 541-8182
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Nov. 21, 2012

                                                                                        (DWAYNE KEY)
                                                                                        9533716;kc.tylwoo.492839

Judicial Council Form                     PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS & COMPLAINT

DOCUMENTS:

1. Summons
2. Complaint
3. Civil Cover
4. Notice of Assignment
5. Notice of Interested Parties
6. Notice to Parties of Court Directed ADR Program
7. Corporate Disclosures
8. Report on the Filing
9. Notice to Counsel