William J. Cass (CT Bar No. 12806)
Cantor Colburn LLP
20 Church Street, 22nd Floor
Hartford, CT 06103

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC, Plaintiff(s) v. BETTER BODY SPORTS, LLC, ET AL., Defendant(s). | CASE NUMBER CV12-09229 GAF (FFMx) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of __William J. Cass__, of __Cantor Colburn, LLP, 20 Church Street, 22nd Floor, Hartford, CT 06103__
  *Applicant=s Name*                                *Firm Name / Address*

__(860) 286-2929__                                                __wcass@cantorcolburn.com__

for permission to appear and participate in the above-entitled action on behalf of  __ Plaintiff   X Defendant

__ Intervener or other interested person __Lone Star Distribution__

and the designation of __Daniel S. Silverman__
  *Local Counsel Designee /State Bar Number*

of __Venable LLP, 2049 Century Park East, Suite 2100, Los Angeles, CA 90067__
  *Local Counsel Firm / Address*

__310-229-0373__                                                  __dssilverman@Venable.com__
  *Telephone Number*                                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

  __ GRANTED
  __ DENIED.  Fee shall be returned by the Clerk.
  __ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____     _____
                                          U. S. District Judge/U.S. Magistrate Judge