Name and address:
Keith J. Murphy
Cantor Colburn LLP
20 Church Street, 22nd Floor
Hartford, CT 06103

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>Plaintiff(s)<br>v.<br>BETTER BODY SPORTS, LLC, ET AL.,<br><br>Defendant(s). | CASE NUMBER<br>CV12-09229 GAF (FFMx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Keith J. Murphy, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Lone Star Distribution by whom I have been retained.

My business information is:
Cantor Colburn LLP
*Firm Name*
20 Church Street, 22nd Floor
*Street Address*
Hartford, Connecticut 06103
*City, State, Zip*
(860) 286-2929
*Telephone Number*

kmurphy@cantorcolburn.com
*E-Mail Address*
(860) 286-0115
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| State of Connecticut | 1994 |
| U.S. District Court, District of Connecticut | 1994 |
| U.S. District Court, Southern District of New York | 1994 |
| U.S. District Court, Eastern District of New York | 1994 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Daniel S. Silverman  as local counsel, whose business information is as follows:

Venable LLP
*Firm Name*

2049 Century Park East, Suite 2100
*Street Address*

Los Angeles, CA 90067                      dssilverman@Venable.com
*City, State, Zip*                                 *E-Mail Address*

(310) 229-0373                                 (310) 229-9901
*Telephone Number*                         *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  11/28/12

Keith J. Murphy
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  11/30/12

Daniel S. Silverman
*Designee's Name (please print)*

*Designee's Signature*

137864
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

ATTACHMENT TO APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

KEITH J. MURPHY, ESQ.
ADDITIONAL COURT ADMISSIONS
AS OF NOVEMBER, 2012

| Court | Date/Year Admitted |
| --- | --- |
| State Courts of New York | 1994 |
| Federal Circuit Court of Appeals | 1994 |
| U.S. Patent and Trademark Office | 1989 |

# State of Connecticut
# Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

**Do hereby certify**, that, in the Superior Court at Hartford, on the 10th day of June, 1994.

Keith John Murphy

of

Simsbury, Connecticut

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

**In Testimony Whereof**, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day November 28, 2012.



*Michele T. Angers*

*Chief Clerk*