Keith J. Murphy
Cantor Colburn LLP
20 Church Street, 22nd Floor
Hartford, CT 06103

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC, | **CASE NUMBER** |
| Plaintiff(s) | CV12-09229 GAF (FFMx) |
| v. | ORDER ON |
| | APPLICATION OF NON-RESIDENT ATTORNEY |
| | TO APPEAR IN A SPECIFIC CASE |
| BETTER BODY SPORTS, LLC, ET AL., | |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Keith J. Murphy, of _____ Cantor Colburn, LLP, 20 Church Street, 22nd Floor, Hartford, CT 06103
<span>Applicant=s Name</span>  <span>Firm Name / Address</span>

___ (860) 286-2929 _____  ____ kmurphy@cantorcolburn.com ___

for permission to appear and participate in the above-entitled action on behalf of   __ Plaintiff   X Defendant

__ Intervener or other interested person _____ Lone Star Distribution _____

and the designation of _____ Daniel S. Silverman _____
<span>Local Counsel Designee /State Bar Number</span>

of _____ Venable LLP, 2049 Century Park East, Suite 2100, Los Angeles, CA 90067 ___
<span>Local Counsel Firm / Address</span>

___ 310-229-0373 _____  ____ dssilverman@Venable.com ___
<span>Telephone Number</span>  <span>E-mail Address</span>

as local counsel, hereby **ORDERS** the Application be:

     __ GRANTED

     __ DENIED.  Fee shall be returned by the Clerk.

     __ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____  _____

                                  U. S. District Judge/U.S. Magistrate Judge