Andrew C. Ryan (CT Bar No. 21565)
Cantor Colburn LLP
20 Church Street, 22nd Floor
Hartford, CT 06103

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV12-09229 GAF (FFMx) |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| BETTER BODY SPORTS, LLC, ET AL., Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of __Andrew C. Ryan__, of __Cantor Colburn, LLP, 20 Church Street, 22nd Floor, Hartford, CT 06103__
                          *Applicant's Name*                                *Firm Name / Address*

__(860) 286-2929__                          __ryan@cantorcolburn.com__

for permission to appear and participate in the above-entitled action on behalf of    __ Plaintiff    X Defendant

__ Intervener or other interested person    __Lone Star Distribution__

and the designation of    __Daniel S. Silverman__
                          *Local Counsel Designee /State Bar Number*

of    __Venable LLP, 2049 Century Park East, Suite 2100, Los Angeles, CA 90067__
                          *Local Counsel Firm / Address*

__310-229-0373__                          __dssilverman@Venable.com__
*Telephone Number*                           *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    __ GRANTED
    __ DENIED. Fee shall be returned by the Clerk.
    __ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____            _____
                                                         U. S. District Judge/U.S. Magistrate Judge