1  VENABLE LLP
   Daniel S. Silverman (SBN 137864)
2  dssilverman@venable.com
   2049 Century Park East, Suite 2100
3  Los Angeles, CA  90067
   Telephone:   (310) 229-9900
4  Facsimile:    (310) 229-9901

5  Attorneys for Defendant
   REDEFINE NUTRITION, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BETTER BODY SPORTS, LLC, et al,<br><br>Defendants. | CASE NO. CV12-09229 GAF (FFMx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: November 13, 2012<br>Current response date: December 4, 2012<br>New response date: January 3, 2013<br><br>Action filed: October 26, 2012<br>Trial Date:  None set |
|---|---|

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 8-

6258202-v1

WHEREAS, Plaintiff filed its Complaint on October 26, 2012;

WHEREAS, Defendant Redefine Nutrition, LLC ("Redefine Nutrition") was served with the Summons and Complaint on November 13, 2012;

WHEREAS, Redefine Nutrition's response to the Complaint is due on December 4, 2012;

WHEREAS, Redefine Nutrition's counsel has requested, and Plaintiff's counsel has agreed to, a 30-day extension until January 3, 2013 for Redefine Nutrition to respond to the Complaint;

WHEREAS, Redefine Nutrition submits that good cause exists for the extension because Redefine Nutrition just recently retained undersigned counsel, and undersigned counsel requires additional time to evaluate and investigate the allegations and claims set forth in the Complaint;

WHEREAS, the Court has not established a discovery cut-off date, last date for hearing motions, a pre-trial conference date, or trial date;

WHEREAS, the Court has not established a discovery cut-off date, last date for hearing motions, a pre-trial conference date, or trial date;

WHEREAS, Redefine Nutrition submits that no party will be prejudiced by the relief sought and Plaintiff agrees to the requested extension; and

WHEREAS, trial will not be delayed because the Court has not set any trial date or other deadline in this case.

/ / /

/ / /

/ / /

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 8-3)

6258202-v1

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that Redefine Nutrition's deadline to respond to the Complaint is extended to January 3, 2013. Redefine Nutrition lodges herewith a proposed Order for the Court's consideration.

Dated:  December 4, 2012            VENABLE LLP


By: /s/ Daniel S. Silverman
Daniel S. Silverman
Attorneys for Defendant
Redefine Nutrition, LLC


Dated:  December 4, 2012            NEWPORT TRIAL GROUP


By: /s/ Scott Ferrell
Scott Ferrell
Attorneys for Plaintiff
Thermolife International, LLC