VENABLE LLP
Daniel S. Silverman (SBN 137864)
dssilverman@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Attorneys for Defendants
REDEFINE NUTRITION, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC<br><br>Plaintiff,<br>v.<br><br>BETTER BODY SPORTS, LLC, et al,<br><br>Defendants. | CASE NO. CV12-09229 GAF (FFMx)<br><br>**NOTICE OF ERRATA RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND PROPOSED ORDER**<br><br>Action filed: October 26, 2012<br>Trial Date:  None set |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the document entitled "Order Granting Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)" attached to the Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days (L.R. 8-3) filed on behalf of defendant Redefine Nutrition, LLC and listed as Document No. 29 in the court's Docket, erroneously stated on the Order the date of filing of the Stipulation as December 3, 2012.  The date of filing should have correctly been stated as December 4, 2012.

A corrected copy of the Stipulation and Proposed Order are attached hereto.

Dated:  December 4, 2012        VENABLE LLP


                                By: /s/ Daniel S. Silverman
                                Daniel S. Silverman
                                Attorneys for Defendant
                                REDEFINE NUTRITION, LLC