VENABLE LLP
Daniel S. Silverman (SBN 137864)
dssilverman@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendant
REDEFINE NUTRITION, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC<br><br>Plaintiff,<br>v.<br>BETTER BODY SPORTS, LLC, et al,<br>Defendants. | CASE NO. CV12-09229 GAF (FFMx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: November 13, 2012<br>Current response date: December 4, 2012<br>New response date: January 3, 2013<br><br>Action filed: October 26, 2012<br>Trial Date: None set |

1    WHEREAS, Plaintiff filed its Complaint on October 26, 2012;

2    WHEREAS, Defendant Redefine Nutrition, LLC ("Redefine Nutrition") was
3    served with the Summons and Complaint on November 13, 2012;

4    WHEREAS, Redefine Nutrition's response to the Complaint is due on
5    December 4, 2012;

6    WHEREAS, Redefine Nutrition's counsel has requested, and Plaintiff's
7    counsel has agreed to, a 30-day extension until January 3, 2013 for Redefine
8    Nutrition to respond to the Complaint;

9    WHEREAS, Redefine Nutrition submits that good cause exists for the
10   extension because Redefine Nutrition just recently retained undersigned counsel,
11   and undersigned counsel requires additional time to evaluate and investigate the
12   allegations and claims set forth in the Complaint;

13   WHEREAS, the Court has not established a discovery cut-off date, last date
14   for hearing motions, a pre-trial conference date, or trial date;

15   WHEREAS, the Court has not established a discovery cut-off date, last date
16   for hearing motions, a pre-trial conference date, or trial date;

17   WHEREAS, Redefine Nutrition submits that no party will be prejudiced by
18   the relief sought and Plaintiff agrees to the requested extension; and

19   WHEREAS, trial will not be delayed because the Court has not set any trial
20   date or other deadline in this case.

21   / / /
22   / / /
23   / / /

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

1    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that Redefine Nutrition's deadline to respond to the Complaint is extended to January 3, 2013.  Redefine Nutrition lodges herewith a proposed Order for the Court's consideration.

Dated:  December 4, 2012                    VENABLE LLP


                                            By: /s/ Daniel S. Silverman
                                            Daniel S. Silverman
                                            Attorneys for Defendant
                                            Redefine Nutrition, LLC


Dated:  December 4, 2012                    NEWPORT TRIAL GROUP


                                            By:  /s/ Scott Ferrell
                                            Scott Ferrell
                                            Attorneys for Plaintiff
                                            Thermolife International, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC<br><br>Plaintiff,<br>v.<br><br>BETTER BODY SPORTS, LLC, et al,<br><br>Defendants. | CASE NO. CV12-09229 GAF (FFMx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: November 13, 2012<br>Current response date: December 4, 2012<br>New response date: January 3, 2013<br><br>Action filed: October 26, 2012<br>Trial Date:  None set |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

On December 4, 2012, the parties filed with the Court a Stipulation seeking to extend the deadline by which Defendant Redefine Nutrition must respond to the Complaint until January 3, 2013. In support of the Stipulation, Redefine Nutrition submitted that good cause exists to grant the Stipulation because; (1) Redefine Nutrition just recently retained undersigned counsel, and undersigned counsel requires additional time to evaluate and investigate the allegations and claims set forth in the Complaint; (2) no party will be prejudiced by the relief sought and Plaintiff consents to the requested extension; (3) trial will not be delayed because the Court has not set any trial date or other deadline in this case; and (4) no party has required any extension of any deadline in this action.

Upon consideration of the Stipulation, and for good cause shown, **IT IS HEREBY ORDERED** that Defendant Redefine Nutrition shall respond to the Complaint by no later than January 3, 2013.

**IT IS SO ORDERED.**

Dated: _____    _____
                                  The Honorable Gary A. Feess
                                  United States District Judge

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900