1  VENABLE LLP
   Daniel S. Silverman (SBN 137864)
2  dssilverman@venable.com
   2049 Century Park East, Suite 2100
3  Los Angeles, CA  90067
   Telephone:  (310) 229-9900
4  Facsimile:   (310) 229-9901

5  Attorneys for Defendant
   REACTION NUTRITION, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC<br><br>Plaintiff,<br>v.<br><br>BETTER BODY SPORTS, LLC, et al,<br><br>Defendants. | CASE NO. CV12-09229 GAF (FFMx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: November 15, 2012<br>Current response date: December 6, 2012<br>New response date: January 4, 2013<br><br>Action filed: October 26, 2012<br>Trial Date: None set |
|---|---|

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 8-

6264385-v1

1   WHEREAS, Plaintiff filed its Complaint on October 26, 2012;

2   WHEREAS, Defendant Reaction Nutrition, LLC ("Reaction Nutrition") was

3   served with the Summons and Complaint on November 15, 2012;

4   WHEREAS, Reaction Nutrition's response to the Complaint is due on

5   December 6, 2012;

6   WHEREAS, Reaction Nutrition's counsel has requested, and Plaintiff's

7   counsel has agreed to, a 30-day extension until January 4, 2013 for Reaction

8   Nutrition to respond to the Complaint;

9   WHEREAS, Reaction Nutrition submits that **good cause** exists for the

10  extension because Reaction Nutrition just recently retained undersigned counsel,

11  and undersigned counsel requires additional time to evaluate and investigate the

12  allegations and claims set forth in the Complaint;

13  WHEREAS, the Court has not established a discovery cut-off date, last date

14  for hearing motions, a pre-trial conference date, or trial date;

15  WHEREAS, the Court has not established a discovery cut-off date, last date

16  for hearing motions, a pre-trial conference date, or trial date;

17  WHEREAS, Reaction Nutrition submits that no party will be prejudiced by

18  the relief sought and Plaintiff agrees to the requested extension; and

19  WHEREAS, trial will not be delayed because the Court has not set any trial

20  date or other deadline in this case.

21  / / /

22  / / /

23  / / /

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

1  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that
2  Reaction Nutrition's deadline to respond to the Complaint is extended to January 4,
3  2013.  Reaction Nutrition lodges herewith a proposed Order for the Court's
4  consideration.

6  Dated:  December 5, 2012          VENABLE LLP

8                                                         By: /s/ Daniel S. Silverman
                                                           Daniel S. Silverman
9                                                          Attorneys for Defendant
10                                                         Reaction Nutrition, LLC

14  Dated:  December 5, 2012         NEWPORT TRIAL GROUP

16                                                        By:  /s/ Scott Ferrell
                                                          Scott Ferrell
17                                                        Attorneys for Plaintiff
18                                                        Thermolife International, LLC

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 8-3)

6264385-v1