# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>BETTER BODY SPORTS, LLC, et al,<br>　　　　　　　　　　Defendants. | CASE NO. CV12-09229 GAF (FFMx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: November 15, 2012<br>Current response date: December 6, 2012<br>New response date: January 4, 2013<br><br>Action filed: October 26, 2012<br>Trial Date: None set |

1   On December 5, 2012, the parties filed with the Court a Stipulation seeking to extend the deadline by which Defendant Reaction Nutrition must respond to the Complaint until January 4, 2013.  In support of the Stipulation, Reaction Nutrition submitted that good cause exists to grant the Stipulation because; (1) Reaction Nutrition just recently retained undersigned counsel, and undersigned counsel requires additional time to evaluate and investigate the allegations and claims set forth in the Complaint; (2) no party will be prejudiced by the relief sought and Plaintiff consents to the requested extension; (3) trial will not be delayed because the Court has not set any trial date or other deadline in this case; and (4) no party has required any extension of any deadline in this action.

Upon consideration of the Stipulation, and for good cause shown, **IT IS HEREBY ORDERED** that Defendant Reaction Nutrition shall respond to the Complaint by no later than January 4, 2013.

**IT IS SO ORDERED**.

Dated: _____      _____
                                    The Honorable Gary A. Feess
                                    United States District Judge