| *Attorney or Party without Attorney:* <br> TYLER J. WOODS. ESQ., Bar #232464 <br> NEWPORT TRIAL GROUP <br> 895 DOVE STREET <br> SUITE 425 <br> NEWPORT BEACH, CA  92660 <br> *Telephone No:* 949-706-6464 <br><br> *Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Central District Of California

*Plaintiff:* THERMOLIFE INTERNATIONAL, LLC
*Defendant:* BETTER BODY SPORTS, LLC

| PROOF OF SERVICE <br> SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV12-09229 GAF (FFMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS SERVED.

3. a. Party served:            Reaction Nutrition, LLC
   b. Person served:           Joe Scuillo, Chief Financial Officer SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    230 East Main Street
                                          COLLIER TOWNSHIP, PA  15106

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Nov. 15, 2012 (2) at: 3:45PM

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MELISSA SAVINSKY                                        d. **The Fee** *for Service was:*    $468.00

   First Legal                                                e. I am: Not a Registered California Process Server
   301 Civic Center Drive West
   Santa Ana, CA 92701
   Telephone  (714) 541-1110
   Fax        (714) 541-8182
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Nov. 26, 2012

                                                              (MELISSA SAVINSKY)
                                                              9533710;kc.tylwoo.493044

| Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> SUMMONS & COMPLAINT | |
|---|---|---|

DOCUMENTS:

1. Summons
2. Complaint
3. Civil Cover
4. Notice of Assignment
5. Notice of Interested Parties
6. Notice to Parties of Court Directed ADR Program
7. Corporate Disclosures
8. Report on the Filing
9. Notice to Counsel